UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOSUE DELISER,

                    Plaintiff,

                                      9:13-CV-803
v.                                   (GTS/DEP)

J. MILLER, Lt. C.O.,

                    Defendant.
_____

APPEARANCES:                                OF COUNSEL:

JOSUE DELISER, 09-A-3970
  Plaintiff, *Pro Se*
Clinton Correctional Facility
P.O. Box 2001
Dannemora, New York 12929

HON. ERIC T. SCHNEIDERMAN              MELISSA A. LATINO, ESQ.
Attorney General for the State of New York     Assistant Attorney General
  Counsel for Defendant
The Capitol
Albany, New York 12224

GLENN T. SUDDABY, Chief United States District Judge

**<u>DECISION and ORDER</u>**

      Currently before the Court, in this *pro se* prisoner civil rights action filed by Josue

Deliser ("Plaintiff") against New York State Department of Corrections and Community

Supervision employee J. Miller ("Defendant") pursuant to 42 U.S.C. § 1983, are (1) Defendant's

motion to dismiss, and (2) United States Magistrate Judge Peebles' Report-Recommendation

recommending that Defendants' motion be granted. (Dkt. Nos. 46, 53.) None of the parties have

filed objections to the Report-Recommendation, and the deadline by which to do so has expired.

(*See generally* Docket Sheet.) After carefully reviewing the relevant papers herein, including

Magistrate Judge Peebles' thorough Report-Recommendation, the Court can find no clear error

in the Report-Recommendation.[1]  Magistrate Judge Peebles employed the proper standards,

accurately recited the facts, and reasonably applied the law to those facts.  As a result, the

Report-Recommendation is accepted and adopted in its entirety for the reasons set forth therein,

and Defendant's motion is granted.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Peebles' Report-Recommendation (Dkt. No. 53) is

**ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Defendant's motion to dismiss (Dkt. No. 46) is **GRANTED**; and it is

further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED** in its entirety and the

Clerk of the Court shall enter Judgment for Defendant and close this action.

Dated: November 25, 2015
       Syracuse, New York

_____
Hon. Glenn T. Suddaby
Chief, United States District Judge

---

[1]     When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear-error review.  Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition.  When performing such a clear-error review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  *Id.*; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).